# Court of Appeals
# of the State of Georgia

ATLANTA,___August 03, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A1976.  KENNETH GERARD BROWN v. THE STATE.**

Kenneth Gerard Brown pled guilty to two counts of criminal trespass, and the trial court entered his judgment of conviction on March 29, 2016.  Brown filed a pro se notice of appeal on May 9, 2016.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Brown filed his notice of appeal 41 days after entry of the order he seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___08/03/2016___
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*